

Advertisement



EXHIBIT A

ANN ARBOR

# Washtenaw County goes green for marijuana legalization

Published: Nov. 07, 2018, 3:18 p.m.

A map showing how the vote went in Washtenaw County on a statewide marijuana legalization proposal on Nov. 6, 2018. The measure passed in all but a handful of township precincts. (Courtesy of Washtenaw County)

178
shares

By Ryan Stanton | ryanstanton@mlive.com

ANN ARBOR, MI - As votes were tallied on a proposal to legalize recreational marijuana in Michigan, the map of Washtenaw County lit up almost entirely green.

Proposal 1, which passed statewide on Tuesday, Nov. 6, had 68 percent support in the county, 116,152 to 55,347.

It passed 41,692 to 11,885 in Ann Arbor, home to the annual Hash Bash rally and where marijuana was decriminalized in the 1970s. That amounted to 78 percent support in Tree Town.

Advertisement

It was even higher in Ypsilanti, passing with 82 percent support, 6,380 to 1,390.

Prop 1 had the following support in other local cities:

- Chelsea -- 1,804 to 1,314 (58%)
- Dexter -- 1,514 to 910 (62%)
- Milan - 1,201 to 716 (63%)
- Saline -- 2,868 to 2,123 (57%)

It barely failed to win support in three pockets of the county, including Saline Township, two of three precincts in Salem Township, and two neighboring precincts in Pittsfield and York townships.

The opposing vote in those precincts where it failed ranged from 50.35 percent to 51.23 percent.

Counting all precincts, marijuana legalization had support in every municipality in the county except for Saline Township, with the following support in these townships:

- Ann Arbor Township -- 1,664 to 957 (63%)
- Augusta Township -- 1,986 to 1,356 (59%)
- Bridgewater Township -- 468 to 443 (51%)
- Dexter Township -- 2,279 to 1,596 (59%)
- Freedom Township -- 452 to 405 (53%)
- Lima Township -- 1,229 to 1,001 (55%)
- Lodi Township -- 2,042 to 1,709 (54%)
- Lyndon Township -- 922 to 626 (60%)
- Manchester Township -- 1,434 to 1,048 (58%)
- Northfield Township -- 2,725 to 1,549 (64%)
- Pittsfield Township -- 10,404 to 6,011 (63%)
- Salem Township -- 1,883 to 1,670 (53%)
- Saline Township -- 547 to 571 (49%)
- Scio Township -- 5,457 to 2,935 (65%)
- Sharon Township -- 555 to 504 (52%)
- Superior Township -- 4,185 to 2,501 (63%)
- Sylvan Township -- 1,079 to 841 (56%)
- Webster Township -- 2,259 to 1,702 (57%)
- York Township -- 2,101 to 2,002 (51%)
- Ypsilanti Township -- 16,224 to 7,161 (69%)