

Subscribe

Advertisement



EXHIBIT
B

<u>CANNABIS</u>

# See which Michigan counties got $1M or more in marijuana tax

Updated: Feb. 28, 2023, 4:58 p.m. | Published: Feb. 28, 2023, 4:06 p.m.



A customer leans in to smell a strain of recreational marijuana available at Roots Dispensaries located on Wilder Road in Bay County, Michigan. Kaytie Boomer file photo | MLive.com

By **Gus Burns | fburns@mlive.com**

The Michigan Treasury over the next several days plans to dole out $59.5 million to 160 local municipalities and 64 counties that allowed retail marijuana sales during fiscal year 2022.

That works out to $51,841.21 per retail or microbusiness allowed to operate between Oct. 1, 2021 and Sept. 30, 2022, about $4,600 less per license than was distributed in 2021, but a cumulative statewide increase of $17.3 million -- and a new annual high.

Advertisement

Total marijuana sales increased about $726 million in fiscal year 2022, compared to the year prior, based on Cannabis Regulatory Agency revenue data. But the increased tax revenue split also included 200 new retail licenses, according to the Treasury report.

Advertisement

Ad removed. Details

The 2022 disbursement was based on 574 retail licenses that made sales during the year, versus 274 in 2021. There are currently more than 632 active retail license holders, according to the Cannabis Regulatory Agency licensing website.

The total amount available for disbursement from the Michigan Marijuana Fund was $198.4 million, the Treasury said. That figure includes the 10% excise tax on nearly $1.8 billion in sales and other collected licensing fees.

The fund distributed $140.8 million in 2021 and $45.7 million in 2020.

The law requires the 10% excise to be disburses as such: 30% to be split between local municipalities and the counties within which they reside; 35% to the School Aid Fund for K-12 education and 35% to the Michigan Transportation Fund.

The school and transportation funds are set to receive $69.4 million each through fiscal year 2022 disbursements.

"The team at the CRA does an amazing job and our effective regulatory approach allows our licensees to provide Michigan's cannabis consumers the safest possible product," said CRA Executive Director Brian Hanna. "The funding that makes its way to local governments through the excise tax collected by licensed retailers is an important benefit of the regulated cannabis industry and the CRA is committed to doing our part in supporting our law-abiding licensees."

A full list of 2022 recipients is available here.

**Recipients by county:**