

EXHIBIT

C

# 2020
# LOCAL ROAD PROGRAM
# LIMA TOWNSHIP



COMMISSIONERS
DOUGLAS E. FULLER
CHAIR

BARBARA RYAN FULLER
VICE-CHAIR

RODRICK K. GREEN
MEMBER

SHERYL SODERHOLM SIDDALL, P.E.
MANAGING DIRECTOR

MATTHEW F. MacDONELL, P.E.
DIRECTOR OF ENGINEERING
COUNTY HIGHWAY ENGINEER

JAMES D. HARMON, P.E.
DIRECTOR OF OPERATIONS

DANIEL D. ACKERMAN
DIRECTOR OF FINANCE & IT

**WASHTENAW COUNTY**
**BOARD OF COUNTY ROAD COMMISSIONERS**
555 NORTH ZEEB ROAD
ANN ARBOR, MICHIGAN 48103
WWW.WCROADS.ORG
TELEPHONE (734) 761-1500
FAX (734) 761-3737

March 16, 2020

Dear Lima Township Board of Trustees:

On behalf of everyone at the Washtenaw County Road Commission, I would like to thank you for your continued investments in the county local road system. We are pleased to provide you with our 2020 Annual Local Road Funding Program. For the third year in a row, our board has increased the total amount of conventional matching funds to $1.1 million and maintained the $200,000 drainage matching program.

This year's road booklet includes…
- Details on the 2020 Local Road Program and matching fund allocations
- Quote for 2020 proposed dust control program
- List of proposed local road projects with cost estimates
- County-wide map of 2020 primary road projects
- County-wide map of the draft 2021 – 2024 road millage project plan

Please note, we need your written commitment to this year's Local Road Program by **Friday, May 15, 2020**, if not sooner, to obligate allocated matching funds. Your timely response and participation are essential to the successful completion of this year's program.

As you know, 2020 marks the end of the four-year, 0.5 mill millage overwhelmingly passed by voters in 2016. This millage has allowed us to make significant progress on our primary road system across Washtenaw County, but there is still much work to do. We held three meetings with township officials last fall to get feedback on a draft project plan that has now been presented to the Board of County Commissioners (BOC)'s Roads Funding Subcommittee. The subcommittee has recommended placing a restoration and renewal of the four-year millage on the August 2020 ballot. The BOC will review this request in the coming weeks. We will provide you more information on this process as the year progresses.

We look forward to talking more about this year's road program and more during our annual meeting. If you have any immediate concerns, please feel free to contact me at (734) 327-6687 or Jim Harmon, director of operations, at (734) 327-6653.

Sincerely,

Sheryl Soderholm Siddall, P.E
Managing Director

1

# The 5 Buckets of Michigan Road Funding

*Inspired by Lew Kidder, a passionate supporter of Washtenaw County roads*

Michigan road construction is funded by a patchwork of federal, state and local taxpayer dollars. Funds are distributed through the federal fuel tax, state fuel tax, license and registration fees. In some areas of the state, a small portion of property taxes, collected through millages, helps fund roads.

Once collected, this money is invested in the road system based on the type of road, summarized with the "5 buckets" below. For more information, visit **wcroads.org** or call (734) 761-1500.



**Interstate Freeways E.g.: I-94**

**Purpose:** Connect states

**Responsible Agency:**
Michigan Department of Transportation (MDOT)

**Funding Sources**
- Federal Highway Trust Fund
- Michigan Transportation Fund (MTF) - state portion



**State Highways E.g.: M-52**

**Purpose:** Connect counties

**Responsible Agency:**
Michigan Department of Transportation (MDOT)

**Funding Source:**
Michigan Transportation Fund (MTF) - state portion



**County Primary Roads**

**Purpose:** Connect local communities

**Responsible Agency:** County road commission

**Funding Source:** Michigan Transportation Fund (MTF) - county portion

**Supplemental Funding Options**
- Federal and state grants
- County-wide millage



**Local Collector Roads**

**Purpose:** Connect homes and businesses to cities and villages

**Responsible Agencies:** County road commission and township government

**Funding Sources**
- WCRC's annual local road matching program
- Township funds

**Supplemental Funding Options**
- Township-wide millage
- Township-wide SAD*



**Subdivision Roads**

**Purpose:** Provide access to people who live or work there

**Responsible Agencies:** County road commission and township government

**Funding Sources**
- WCRC's annual local road matching program
- Township funds

**Supplemental Funding Option**
- Neighborhood SAD*



**WASHTENAW COUNTY ROAD COMMISSION**

*Special Assessment District (SAD)- an area where a majority of property owners agree to tax themselves in exchange for a service, such as road work, over and above routine maintenance. Townships can initiate a township-wide SAD or a neighborhood SAD. Residents may petition for a neighborhood SAD.*

**WASHTENAW COUNTY ROAD COMMISSION**
**2020 LOCAL MATCHING PROGRAM**

The Washtenaw County Road Commission is anticipating it will receive $28,500,000 in Michigan Transportation Fund (MTF) revenues for 2019. The Road Commission is anticipating increased MTF revenues in 2020 for a total budgeted amount of $31,000,000.

The Road Commission has recognized that local road funds are inadequate to maintain the 1,060 centerline miles of local roads in Washtenaw County; the Road Commission has historically transferred funds from the Primary Road Fund to the Local Road Fund, even though this transfer severely limits maintenance activity on our primary road system.

A summary of our 2020 budget as approved by the Board of Road Commissioners at its regular meeting on December 3, 2019 (RC19-403) is provided as follows.

2020 Road Commission Budget

Revenues

| | |
|---|---|
| Michigan Transportation Fund | $ 31,000,000 |
| Federal/ State Funds | $ 22,766,000 |
| Trunkline Maintenance | $ 3,200,000 |
| Township Contributions | $ 4,488,000 |
| Other Contributions | $ 6,071,000 |
| Miscellaneous Income | $ 1,759,000 |
| Total | $ 69,284,000 |

Expenditures

| | |
|---|---|
| Administration | $ 1,376,000 |
| Operations | $ 10,042,000 |
| Engineering | $ 3,430,000 |
| Non-Departmental | $ 8,936,000 |
| Debt Service | $ 2,454,000 |
| Road Improvement Program | $ 43,187,000 |
| Total | $ 69,424,000 |

Matching Funds

The Road Commission has assigned a total of $1,100,000 for 2020 for the conventional Local Road Matching Program, which is consistent with the 2019 program. This consists of a countywide allocation of $930,769 for matching programs on local roads in all twenty townships based on the distribution formula used by the Michigan Department of Transportation to allocate local road funds to the 83 counties of Michigan. In addition to this, recognizing the fact that the urban local roads receive a higher allocation of Michigan Transportation Funds, $169,231 is allocated based on the amount of urban local miles within eligible townships. Ann Arbor, Augusta, Dexter, Lima, Lodi, Northfield, Pittsfield, Salem, Saline, Scio, Superior, Sylvan, Webster, York and Ypsilanti Townships are within the urban area and are eligible for these additional matching funds.

The Road Commission has allocated $200,000 for the 2020 Drainage Matching Program for local uncurbed, non-subdivision roads. The Road Commission continues to recognize the need for directing more resources towards improving the drainage along our local roads. The drainage matching program is in addition to the conventional local road matching program available to the Townships. Some of the key features of drainage matching program include:

- Funding distribution is based on the total uncurbed, non-subdivision local road centerline mileage for each township
- Eligible work activities are limited to uncurbed, non-subdivision local roads
- Eligible work activities include roadside berm removal, ditch establishment & restoration, small culvert installation, rehabilitation or replacement.

Replacement of local road culverts and bridges that require permits from the Michigan Department of Environment, Great Lakes, and Energy and/or the Washtenaw County Water Resources Commissioner's Office will be funded by the Road Commission at no greater than 50% of total cost. This funding source is separate from the conventional and other drainage matching funds identified herein and will be applied on a case-by-case basis in partnership with interested townships by formal, written agreement.

| TOWNSHIP | 2020 CONVENTIONAL LOCAL ROAD MATCHING PROGRAM | 2019 CONVENTIONAL LOCAL ROAD MATCHING PROGRAM | 2020 DRAINAGE MATCHING PROGRAM | 2019 DRAINAGE MATCHING PROGRAM |
|---|---|---|---|---|
| Salem | $36,140 | $36,124 | $10,535 | $10,493 |
| Northfield | 55,015 | 54,991 | 13,847 | 13,732 |
| Webster | 38,676 | 39,087 | 11,787 | 11,792 |
| Dexter | 35,260 | 35,244 | 7,008 | 6,932 |
| Lyndon | 26,403 | 26,388 | 10,629 | 10,048 |
| Sylvan | 29,247 | 29,231 | 11,096 | 11,489 |
| Lima | 33,998 | 33,979 | 12,804 | 12,745 |
| Scio | 82,322 | 82,298 | 7,131 | 7,157 |
| Ann Arbor | 23,275 | 23,267 | 3,782 | 3,833 |
| Superior | 69,128 | 69,103 | 9,753 | 8,793 |
| Ypsilanti | 229,618 | 229,559 | 4,412 | 5,924 |
| Pittsfield | 151,202 | 151,163 | 4,894 | 4,669 |
| Lodi | 49,778 | 49,755 | 12,664 | 12,879 |
| Freedom | 29,884 | 29,864 | 13,618 | 13,684 |
| Sharon | 22,986 | 22,972 | 9,939 | 9,971 |
| Manchester | 31,514 | 31,495 | 13,091 | 13,176 |
| Bridgewater | 25,900 | 25,883 | 11,526 | 11,481 |
| Saline | 20,920 | 20,908 | 8,217 | 8,125 |
| York | 60,038 | 60,015 | 8,615 | 8,521 |
| Augusta | 48,695 | 48,672 | 14,652 | 14,554 |
|  | $1,100,000 | $1,100,000 | $200,000 | $200,000 |

*Totals do not equal sum of individual allocations due to rounding

The WCRC Matching Program is subject to the following conditions:
a) Township Assistance

In order to allow local road improvements to proceed in a timely manner, townships are asked to assist Road Commission personnel in acquiring necessary tree removal and grading permits, holding public hearings and coordinating any necessary property owner contacts.

b)  Project Overruns

Road Commission staff will provide an estimated cost for each individual project to be included within the agreement between the township and the Road Commission. If, prior to beginning an individual project, it is determined that the original cost estimate will not cover project costs, the Road Commission will notify the township to determine, if the township desires to proceed with the project with a reduced scope or an additional funding commitment. Budgets are closely monitored on each project and every effort is made to avoid overruns. Any unexpected project cost overrun shall be taken from any unexpended funds remaining in that township's total township agreement. If the overrun exceeds the total township agreement, the Road Commission may bill the township up to an additional 10 percent of the total agreement amount with the township. At the township's option, such overruns can be taken from the following years matching funds.

c)  Billing Procedures

As has been the practice for the past several years, the first 40 percent of the total Matching Program for construction and heavy maintenance projects will be due in June or 30 days from receipt of the first invoice. A second 40 percent will be due in August or 30 days from receipt of the second invoice. A final billing will be due in December or 30 days from receipt of final invoice. Any credits due townships will be returned at the time of final billing or credited to the following year, as determined by the township. The above billing methods apply only to those projects considered to be construction and heavy maintenance and does not apply to dust control which will be billed at cost to the date at time of billing. Standard fringe and overhead rates will be applied as defined by PA 51 of 1951, as amended.

d)  Primary Road Matching

Any township board may, at their option, request that a part or all of their allocated matching WCRC funds, along with an equal amount of township funds, be used on a Primary Road Project within their township boundaries.

e)  Reallocation of Funds

Any township that has not notified the WCRC of their intent to use matching funds **on or before Friday, May 15, 2020** will forfeit the 2020 allocated matching money. The WCRC will determine the amount of unused matching funds and reallocate these funds to primary road maintenance.

f)  Dust Control

Conventional matching funds can be used for dust control only for solid applications (spot or skip spraying is ineligible).

g)  Local Matching Fund Carryover

If a township determines that they desire to carry over the funds allocated for a given year into the following year, the township must provide written notification to the Road Commission that they are requesting this carryover, and identify an eligible project for which the funds will be held. The Road Commission carry-over fund will be preserved for one year. Beyond this point the funds will be reallocated as stated in Paragraph e. The carryover option allows the township to accumulate the funds that are allocated with the previous year allocation; in other words, the carry over funds cannot exceed the previous year's allocation.



# 2019 Township Expenditures and Contributions

| Township | Construction/Capacity Improvement ($) | Preservation/Structural Improvement ($) | Total ($) | Township Contributions* ($) |
|---|---|---|---|---|
| ANN ARBOR | 191,386.62 | 650,484.45 | 841,871.07 | 232,861.86 |
| AUGUSTA | 21,963.60 | 637,949.50 | 659,913.10 | 145,470.20 |
| BRIDGEWATER | | 274,071.16 | 274,071.16 | 64,606.27 |
| DEXTER | | 309,880.98 | 309,880.98 | 150,361.13 |
| FREEDOM | | 342,472.64 | 342,472.64 | 39,090.21 |
| LIMA | 1,723.98 | 319,400.36 | 321,124.34 | 171,532.88 |
| LODI | 2,853.45 | 2,226,480.11 | 2,229,333.56 | 196,081.52 |
| LYNDON | 623,869.45 | 53,529.50 | 677,398.95 | 32,872.13 |
| MANCHESTER | | 430,354.74 | 430,354.74 | 38,747.24 |
| NORTHFIELD | | 173,379.10 | 173,379.10 | 91,657.21 |
| PITTSFIELD | 3,142,624.42 | 5,889,111.41 | 9,031,735.83 | 2,601,981.46 |
| SALEM | 3,187,960.88 | 511,866.03 | 3,699,826.91 | 3,283,601.74 |
| SALINE | 34,677.53 | 470,143.54 | 504,821.07 | 149,038.37 |
| SCIO | 4,566,307.92 | 862,731.33 | 5,429,039.25 | 20,383.42 |
| SHARON | | 2,073,268.44 | 2,073,268.44 | 98,669.40 |
| SUPERIOR | | 868,313.65 | 868,313.65 | 168,491.31 |
| SYLVAN | | 185,756.15 | 185,756.15 | 26,114.52 |
| WEBSTER | | 1,279,845.06 | 1,279,845.06 | 198,297.44 |
| YORK | 16,729.73 | 3,593,950.57 | 3,610,680.30 | 205,541.92 |
| YPSILANTI | 308,660.50 | 1,992,420.93 | 2,301,081.43 | 1,147,957.87 |
| **Totals** | **$12,098,758.08** | **$23,145,409.65** | **$35,244,167.73** | **$9,063,358.10** |

Construction/Capacity Improvements - Construction of a new road where no road previously existed, and/or the addition of lanes to an existing roadway, increasing the capacity of a highway to accommodate a specific part of traffic, widening lanes of one lane width or more, adding turn lanes more than 1/2 mile in length.

Preservation/Structural Improvements - The improvement of an existing road or street by correcting the grades, drainage structures, width, alignment, or surface in various ways. Rebuilding existing bridges or grade separations and the repair of such structures. Installing traffic signs and/or signals in new locations or replacing existing signals.

*The Township Contributions Totals and Funds expended for Construction and Preservation amount may not balance. The Township Contributions list all funds contributed by each township and will balance back to the amount reported on the Statement of Revenues, Line 74, Township Contributions, of the Act 51 Report.

The total funds expended are for construction and preservation only. They do not contain funds expended for Routine Preventative Maintenance.

# WASHTENAW COUNTY ROAD COMMISSION

## 2020 DUST CONTROL

MATERIAL                                        COST/GALLON APPLIED

KAISER WELL BRINE                                          $0.179

## LIMA TOWNSHIP

43.15 miles certified local gravel roads

(Recommended application rate – 2,000 gallons per mile)

One & ½ Solid Applications                    120,300 gallons = $ 21,533.70
This includes an additional 4,000 gallons on Wylie and McKinley

For Information Only

2019 Use: 112,101 gallons Kaiser Well Brine
(1 ½ solid applications)

7

# LIMA TOWNSHIP

## PROPOSED 2020 LOCAL ROAD PROJECTS

- McKINLEY ROAD, FEN RIDGE DRIVE TO COOPER RIDGE DRIVE
  Work to include tree cutting, ditching, roadside berm removal, shaping the existing surface, the application of 6" (C.I.P.) of 23a limestone (approximately 5,300 tons) with associated dust control and project restoration.  This is a proposed township share project with Dexter Township.

  | | |
  |---|---|
  | Estimated total project cost: | $ 137,700 |
  | Estimated project cost to Lima Township: | $ 68,850 |

- McKINLEY ROAD, COOPER RIDGE DRIVE TO 3,379 FT SOUTHERLY
  Work to include tree cutting, ditching, roadside berm removal, shaping the existing surface, the application of 6" (C.I.P.) of 23a limestone (approximately 2,550 tons) with associated dust control and project restoration.  This is a proposed township share project with Sylvan Township.

  | | |
  |---|---|
  | Estimated total project cost: | $ 64,200 |
  | Estimated project cost to Lima Township: | $ 32,100 |

- STEINBACH ROAD, GROSS ROAD TO TRINKLE ROAD
  Work to include shaping the existing surface, the application of 4" (C.I.P.) of 23a limestone (approximately 1,800 tons) with associated dust control and project restoration.

  | | |
  |---|---|
  | Estimated project cost: | $ 40,400 |

- STEINBACH ROAD, TRINKLE ROAD TO DEXTER-CHELSEA ROAD
  Work to include shaping the existing surface, the application of 4" (C.I.P.) of 23a limestone (approximately 2,350 tons) with associated dust control and project restoration.

  | | |
  |---|---|
  | Estimated project cost: | $ 52,400 |

- TRINKLE ROAD, DANCER ROAD TO LIMA CENTER ROAD
  Work to include shaping the existing surface, the application of 5" (C.I.P.) of 23a limestone (approximately 2,950 tons) with associated dust control and project restoration.

  | | |
  |---|---|
  | Estimated project cost: | $ 65,500 |

- TRINKLE ROAD, LIMA CENTER ROAD TO FLETCHER ROAD
  Work to include shaping the existing surface, the application of 5" (C.I.P.) of 23a limestone (approximately 3,050 tons) with associated dust control and project restoration.

  | | |
  |---|---|
  | Estimated project cost: | $ 67,600 |

- TRINKLE ROAD, END OF PAVEMENT EAST OF CHELSEA HIGH SCHOOL DRIVEWAY TO FLETCHER ROAD

  Work to include shaping the existing surface, the application of 6" (C.I.P.) of 23a limestone (approximately 4,350 tons) with associated dust control and project restoration.

  Estimated project cost:                                              $  94,700

- EASTON ROAD, DANCER ROAD TO STEINBACH ROAD

  Work to include shaping the existing surface, the application of 4" (C.I.P.) of 23a limestone (approximately 2,100 tons) with associated dust control and project restoration.

  Estimated project cost:                                              $  47,000

- FLETCHER ROAD, OLD US-12 TO TRINKLE ROAD

  Work to include ditching, roadside berm removal, shaping the existing surface, the application of 6" (C.I.P.) of 23a limestone (approximately 2,950 tons) with associated dust control and project restoration.

  Estimated project cost:                                              $  72,600

- DANCER ROAD, DEXTER-CHELSEA ROAD TO RAILROAD CROSSING

  Work to include shaping the existing surface, the application of 5" (C.I.P.) of 23a limestone (approximately 2,950 tons) with associated dust control and project restoration.

  Estimated project cost:                                              $  32,900

- OLD DEXTER-CHELSEA ROAD, DEXTER-CHELSEA ROAD TO LIMA CENTER ROAD

  Work to include shaping the existing surface, the application of 5" (C.I.P.) of 23a limestone (approximately 800 tons) with associated dust control and project restoration.

  Estimated project cost:                                              $  21,000

- TOWNSHIP WIDE DRAINAGE IMPROVEMENTS

  Work to include roadside berm removal and ditching on various local roads within the township.  Locations to be determined by the Township Supervisor and District Foreman.  Estimated cost of includes all labor, equipment and material.

  Estimated project cost                                               $  26,500

9









# Community Resources

## Office Hours

During the spring, fall and winter, our office hours are Monday – Friday, 7 a.m. – 3:30 p.m., and we can be reached at (734) 761-1500 or by visiting our main office at 555 N. Zeeb Road. During the summer, we switch our office hours to Monday – Thursday, 6 a.m. – 4:30 p.m.

If you or a constituent ever need to report a road emergency after our regular business hours, such as a tree across the road, missing stop sign, etc., we have contracted with Emergent Health Partners to receive these after-hours calls and our crews will respond 24/7. Emergent Health Partners can be reached at (734) 477-6721.

## WCRC Website wcroads.org

We post advisories for closures, lane restrictions, and road reopenings on the front page of our website. In addition, there are many pages dedicated to frequently asked questions, including about our winter maintenance work. We also provide a current projects interactive map and project list on our website.

## Email Alerts

### WCRC Weekly Road Work Schedule

Every week during construction season, we distribute a weekly road work schedule (typically April – November). This schedule is also posted on our website: wcroads.org/weekly-road-work-update/

### Township-specific Road Advisories

Whenever there is road work on a county road with a major impact on traffic, we will post a road advisory about the work on our website. In addition, this advisory is emailed out to a township distribution list. Anyone can subscribe to receive alerts for one or all townships in Washtenaw County.

Township officials have already been added to your township distribution lists. If you have not been receiving these alerts, please contact Emily Kizer, communications manager, kizere@wcroads.org.

Please help us spread the work by encouraging constituents to subscribe to these alerts, wcroads.org/residents/subscribe-to-road-updates/.

## WCRC Fix It App

We also have a free work request app that can be downloaded for Apple or Android mobile phones – WCRC Fix It. With WCRC Fix It, the public can submit work requests directly to the appropriate WCRC staff member. Once submitted, the requestor can follow the progress of their request through our work system. Last year, we received about 5,300 requests through this system.

## Social Media

WCRC has both a Facebook page (WashtenawRoads) and a Twitter page (@washtenawroads). These pages are updated regularly with road-related posts including road closures, project announcements, and winter plowing updates.