# LIMA TOWNSHIP BUDGET 2020-2021
## FISCAL YEAR STARTING 4/01/2020 TO 3/31/2021



EXHIBIT

tabbies

| GL NUMBER | DESCRIPTION | 2018-19 AMENDED BUDGET | 2018-19 ACTIVITY | 2019-20 AMENDED BUDGET | 2019-20 ACTIVITY THRU 01/31/20 | 2020-21 REQUESTED BUDGET |
|---|---|---|---|---|---|---|
| **ESTIMATED REVENUES** | | | | | | |
| **Dept 000** | | | | | | |
| 101-000-402.000 | CURRENT PROPERTY TAXES | 189,781 | 186,617 | 193,112 | 114,685 | 204,883 |
| 101-000-432.000 | PAYMENT IN LIEU OF TAXES (PILT) | | | 900 | 822 | 817 |
| 101-000-447.000 | PROPERTY TAX ADMINISTRATION FEE | 73,000 | 91,115 | 97,100 | 69,984 | 98,500 |
| 101-000-449.000 | PENALTIES & INTEREST ON DELINQUENT TAXES | | 443 | | | |
| 101-000-476.000 | ZONING PERMITS AND FEES | 15,000 | 31,107 | | | |
| 101-000-477.000 | CABLE TV FRANCHISE FEES | | | 21,000 | 15,964 | 16,000 |
| 101-000-478.000 | BUSINESS & NON-BUS.LICEN.,PERMITS & FEES | | | 16,000 | 22,100 | 18,000 |
| 101-000-573.000 | LOCAL COMMUNITY STABILIZATION SHARE | | | 8,000 | 6,504 | 6,036 |
| 101-000-574.000 | STATE SHARED REVENUE | 271,072 | 281,712 | 279,344 | 243,141 | 302,964 |
| 101-000-576.000 | STATE GRANTS-SPEC.ELEC REIMBURSE | | | 1,000 | | |
| 101-000-626.000 | SUMMER TAX COLLECTION FEES | 4,680 | 4,633 | | | |
| 101-000-651.000 | TELECOMMUNICATION FEE INCOME | 21,000 | 26,958 | | | |
| 101-000-664.000 | INTEREST AND DIVIDENDS | 7,550 | 16,181 | | | |
| 101-000-665.000 | INTEREST | | | 3,100 | 10,696 | 10,000 |
| 101-000-667.000 | RENTS AND ROYALTIES | 25,000 | 39,050 | | | |
| 101-000-667.001 | RENT - CAFA | | 11,550 | 19,800 | 6,600 | |
| 101-000-667.002 | RENT - CHARGING STATION | | 4,814 | 10,800 | 8,025 | 10,000 |
| 101-000-668.000 | ROYALTIES | | | 2,000 | 5,460 | 5,000 |
| 101-000-671.000 | MISCELLANEOUS REVENUE | 5,000 | 9,049 | 1,000 | 21,738 | 5,000 |
| 101-000-676.000 | REIMBURSEMENTS | | 665 | | | |
| 101-000-676.001 | REIMBURSEMENTS - ELECTIONS | 2,000 | 1 | | 5,151 | 1,000 |
| 101-000-697.000 | CONSULT.FEES-REIMBURSE FR ESCROW | 500 | 11,862 | | 3,693 | 2,500 |
| | Totals for dept 000 - | 614,583 | 715,757 | 653,156 | 534,563 | 680,700 |
| | **TOTAL ESTIMATED REVENUES** | 614,583 | 715,757 | 653,156 | 534,563 | 680,700 |
| **APPROPRIATIONS** | | | | | | |
| **Dept 101 - TRUSTEES** | | | | | | |
| 101-101-702.000 | TRUSTEES SALARIES | 6,890 | 6,890 | 7,028 | 5,857 | 7,309 |
| 101-101-957.000 | EDUCATION/TRAINING | 300 | 113 | 300 | 136 | 136 |
| | Totals for dept 101 - TRUSTEES | 7,190 | 7,003 | 7,328 | 5,993 | 7,445 |
| **Dept 171 - SUPERVISOR** | | | | | | |
| 101-171-702.000 | SUPERVISOR SALARY | 29,973 | 29,973 | 30,573 | 25,478 | 31,795 |

# LIMA TOWNSHIP BUDGET 2020-2021
## FISCAL YEAR STARTING 4/01/2020 TO 3/31/2021

| GL NUMBER | DESCRIPTION | 2018-19 AMENDED BUDGET | 2018-19 ACTIVITY | 2019-20 AMENDED BUDGET | 2019-20 ACTIVITY THRU 01/31/20 | 2020-21 REQUESTED BUDGET |
|---|---|---|---|---|---|---|
| 101-171-801.000 | PROF & CONTRACT SERVICES - SUPERVISOR | 30,458 | 30,457 | | | |
| 101-171-805.000 | CONTRACT SERVICES | 3,000 | 2,665 | 2,800 | 1,081 | 2,500 |
| 101-171-955.000 | MISCELLANEOUS EXPEND - SUPERVISOR | 200 | 63 | 200 | 50 | 200 |
| 101-171-956.000 | MEMBERSHIP\DUES - SUPERVISOR | 100 | | | | |
| 101-171-957.000 | EDUCATION/TRAINING | 500 | 217 | 500 | | 500 |
| | Totals for dept 171 - SUPERVISOR | 64,231 | 63,375 | 34,073 | 26,609 | 34,995 |
| | | | | | | |
| Dept 191 - FINANCIAL & TAX ADMIN | | | | | | |
| 101-191-702.001 | SALARIES - CLERK | 29,973 | 29,973 | 30,573 | 25,478 | 31,795 |
| 101-191-702.002 | SALARIES - TREASURER | 29,973 | 29,973 | 30,573 | 25,478 | 31,795 |
| 101-191-702.003 | SECRETARY SALARY | 11,373 | 10,128 | 11,600 | 10,036 | 11,800 |
| 101-191-702.004 | BOARD OF REVIEW SALARIES | 1,530 | 894 | 1,500 | 734 | 1,500 |
| 101-191-702.005 | DEPUTY CLERK SALARY | 2,040 | 1,435 | 5,500 | 1,807 | 4,000 |
| 101-191-702.006 | DEPUTY TREASURER SALARY | 2,040 | 1,269 | 2,080 | 1,157 | 3,000 |
| 101-191-704.007 | WAGES PT - ASSESSOR | | | 1,000 | | 1,000 |
| 101-191-715.000 | FICA - TOWNSHIP PORTION | 6,100 | 8,826 | 13,000 | (2,661) | 10,000 |
| 101-191-716.000 | MERS - TOWNSHIP PORTION | 5,500 | 5,513 | 7,000 | 5,384 | 8,745 |
| 101-191-726.000 | OFF SUPPLIES - FIN | 5,300 | 5,283 | 5,000 | 3,789 | 6,000 |
| 101-191-801.007 | PROF. & CONTRACT SERVI - ASSESS | | | 30,458 | 22,093 | 29,458 |
| 101-191-802.000 | PROF SERVICE - FIN | 25,000 | 16,571 | 25,500 | 17,346 | 20,000 |
| 101-191-805.000 | CONTRACT SERVICES - FIN | 9,300 | 9,029 | 6,700 | 4,831 | 18,867 |
| 101-191-880.000 | COMMUNITY PROMOTION | | | 6,500 | 6,000 | 6,500 |
| 101-191-900.000 | PRINTING\PUBLISHING - FIN | 1,900 | 1,662 | 2,000 | 988 | 1,400 |
| 101-191-910.000 | PROFESSIONAL DEVELOPMENT | | | 1,000 | 325 | 1,000 |
| 101-191-915.000 | MEMBERSHIPS | | | 4,800 | 4,556 | 4,800 |
| 101-191-941.000 | CONTINGENCY | | | 6,000 | | 6,000 |
| 101-191-955.000 | MISCELLANEOUS EXPEND - FIN | 200 | 24 | 200 | | 200 |
| 101-191-957.000 | EDUCATION/TRAINING | 1,000 | 403 | | | |
| 101-191-958.000 | INSURANCE AND BONDS | 20,000 | 15,917 | 20,000 | 1,700 | 20,000 |
| 101-191-959.000 | INSURANCE DEDUCTIBLE | 5,100 | | 8,000 | | 10,000 |
| 101-191-964.000 | TAX TRIBUNAL REFUNDS | | | 1,800 | 244 | 1,500 |
| | Totals for dept 191 - FINANCIAL & TAX ADMIN | 156,329 | 136,900 | 220,784 | 129,285 | 229,360 |
| | | | | | | |
| Dept 262 - ELECTIONS | | | | | | |
| 101-262-702.000 | SALARIES - ELECT | 9,000 | 8,781 | 7,500 | 3,660 | 7,500 |
| 101-262-726.000 | OFF SUPPLIES - ELECT | 2,400 | 2,400 | 5,000 | 2,419 | 6,000 |
| 101-262-805.000 | CONTRACT SERVICES - ELECT | 1,280 | 1,239 | 621 | | 600 |

# LIMA TOWNSHIP BUDGET 2020-2021
## FISCAL YEAR STARTING 4/01/2020 TO 3/31/2021

| GL NUMBER | DESCRIPTION | 2018-19 AMENDED BUDGET | 2018-19 ACTIVITY | 2019-20 AMENDED BUDGET | 2019-20 ACTIVITY THRU 01/31/20 | 2020-21 REQUESTED BUDGET |
|---|---|---|---|---|---|---|
| 101-262-900.000 | PRINTING\PUBLISHING - ELECT | 820 | 808 | 800 | 57 | 800 |
| 101-262-957.000 | EDUCATION/TRAINING | 600 | 555 | 500 | | 400 |
| 101-262-970.000 | ACQUISITION OF FIXED ASSETS - ELECT | 1,400 | 659 | 5,000 | | 3,000 |
| Totals for dept 262 - ELECTIONS | | 15,500 | 14,442 | 19,421 | 6,136 | 18,300 |
| | | | | | | |
| **Dept 264 - OFFICE RENTAL** | | | | | | |
| 101-264-727.000 | OPERATING SUPPLIES - OFF RENTAL | 500 | 21 | | | |
| 101-264-805.000 | CONTRACT SERVICES - OFF RENTAL | 1,200 | 1,009 | | | |
| 101-264-920.000 | UTILITIES - OFF RENTAL | 3,200 | 3,175 | | | |
| 101-264-970.000 | FIXED ASSETS - OFF RENTAL | 2,000 | | | | |
| 101-264-972.000 | BLDG LEASE PYMT - OFF RENTAL | 12,600 | 12,557 | | | |
| Totals for dept 264 - OFFICE RENTAL | | 19,500 | 16,762 | | | |
| | | | | | | |
| **Dept 265 - BUILDING AND GROUNDS** | | | | | | |
| 101-265-727.000 | OPERATING SUPPLIES - TWP HALL | 298 | 135 | | | |
| 101-265-805.000 | CONTRACT SERVICES - TWP HALL | 1,000 | 946 | | | |
| 101-265-920.000 | UTILITIES - TWP HALL | 3,732 | 3,731 | | | |
| 101-265-930.000 | REPAIRS\MAINT - TWP HALL | 1,970 | 1,964 | | | |
| 101-265-973.000 | BLDG RESERVE ACCOUNT - TWP HALL | 33,763 | 33,763 | | | |
| Totals for dept 265 - BUILDING AND GROUNDS | | 40,763 | 40,539 | | | |
| | | | | | | |
| **Dept 266 - JACKSON PROPERTY** | | | | | | |
| 101-266-805.000 | CONTRACT SERVICES - JACKSON | 2,144 | 2,144 | | | |
| 101-266-920.000 | UTILITIES - JACKSON | 201 | 200 | | | |
| 101-266-930.000 | REPAIRS/MAINT - JACKSON | 500 | 498 | | | |
| 101-266-970.000 | ACQUISITION OF FIXED ASSETS | 1,070 | 1,064 | | | |
| Totals for dept 266 - JACKSON PROPERTY | | 3,915 | 3,906 | | | |
| | | | | | | |
| **Dept 267 - BUILDINGS & SITES** | | | | | | |
| 101-267-752.001 | SUPPLIES - OFFICE RENTAL | | | 700 | 79 | 200 |
| 101-267-752.002 | SUPPLIES - TWP. HALL | | | 250 | 22 | 200 |
| 101-267-801.003 | PROF. & CONTRACT SERV. - JACKSON SITE | | | 6,700 | 6,469 | 7,000 |
| 101-267-924.001 | UTILITY SERVICES - OFFICE RENTAL | | | 3,200 | 2,580 | 3,500 |
| 101-267-924.002 | UTILITY SERVICES - TWP HALL | | | 2,800 | 2,210 | 3,500 |
| 101-267-934.001 | REPAIRS & MAINT. - OFF RENTAL | | | 1,200 | 897 | 1,200 |

## LIMA TOWNSHIP BUDGET 2020-2021
### FISCAL YEAR STARTING 4/01/2020 TO 3/31/2021

| GL NUMBER | DESCRIPTION | 2018-19 AMENDED BUDGET | 2018-19 ACTIVITY | 2019-20 AMENDED BUDGET | 2019-20 ACTIVITY THRU 01/31/20 | 2020-21 REQUESTED BUDGET |
|---|---|---|---|---|---|---|
| 101-267-934.002 | REPAIRS & MAINT. - TWP. HALL | | | 5,000 | 3,884 | 5,000 |
| 101-267-934.003 | REPAIRS & MAINT. - JACKSON SITE | | | 1,300 | | 3,000 |
| 101-267-934.004 | REPAIRS & MAINT. OTHER - RECYCLE BIN | | | 300 | 50 | 1,500 |
| 101-267-940.001 | RENTAL (LEASE PYMT) - OFF RENTAL | | | 13,000 | 10,465 | 13,100 |
| 101-267-975.002 | BUILDING IMPROVEMENTS - TWP HALL | | | 1,500 | | 1,500 |
| 101-267-980.001 | EQUIP/FURITURE - OFF RENTAL | | | 3,500 | 1,019 | 1,500 |
| 101-267-985.002 | BLDG RESERVE ACCOUNT - TWP HALL | | | 57,700 | 1,048 | 100,000 |
| Totals for dept 267 - BUILDINGS & SITES | | | | 97,150 | 28,723 | 141,200 |
| | | | | | | |
| **Dept 276 - CEMETERY** | | | | | | |
| 101-276-930.000 | REPAIRS\MAINT - CEMETERY | 12,000 | 7,100 | | | |
| Totals for dept 276 - CEMETERY | | 12,000 | 7,100 | | | |
| | | | | | | |
| **Dept 441 - PUBLIC WORKS** | | | | | | |
| 101-441-934.010 | REPAIRS & MAINT- CEMETERIES | | | 9,000 | 8,750 | 9,500 |
| 101-441-934.011 | REPAIRS & MAINT- ROADS,BRIDGES,STREETS | | | 218,500 | 218,307 | 200,000 |
| 101-441-934.012 | REPAIRS & MAINT-LANDFILL | | | 3,500 | 2,268 | 3,500 |
| 101-441-934.013 | REPAIRS & MAINT-DRAINS SP. ASSESS | | | 6,000 | 2,479 | 5,000 |
| Totals for dept 441 - PUBLIC WORKS | | | | 237,000 | 231,804 | 218,000 |
| | | | | | | |
| **Dept 446 - HIGHWAYS, STREETS, BRIDGES ( NOT ACT 51)** | | | | | | |
| 101-446-930.000 | REPAIRS\MAINT - ROADS | 236,665 | 236,665 | | | |
| Totals for dept 446 - HIGHWAYS, STREETS, BRIDGES ( NOT ACT 51) | | 236,665 | 236,665 | | | |
| | | | | | | |
| **Dept 526 - SANITARY LAND FILL** | | | | | | |
| 101-526-931.000 | LANDFILL MAINTENANCE | 3,000 | 1,712 | | | |
| 101-526-932.000 | RECYCLING | 500 | 225 | | | |
| 101-526-933.000 | SPECIAL ASSESSMENT - DRAINS | 4,500 | 4,463 | | | |
| Totals for dept 526 - SANITARY LAND FILL | | 8,000 | 6,400 | | | |
| | | | | | | |
| **Dept 721 - PLANNING** | | | | | | |
| 101-721-702.000 | SALARIES - PLANNING | 9,150 | 9,143 | 8,000 | 7,531 | 8,250 |
| 101-721-702.005 | ZONING ADMIN SALARY | 6,264 | 6,222 | 7,050 | 6,406 | 7,500 |
| 101-721-727.000 | OPERATING SUPPLIES - PLANNING | 300 | 278 | 600 | 214 | 350 |
| 101-721-804.000 | PLANNING PROF SERVICES | 17,486 | 16,628 | 20,000 | 8,270 | 13,500 |
| 101-721-860.000 | MILEAGE\OFFICE - PLANNING | 150 | 67 | 150 | 130 | 200 |
| 101-721-900.000 | PRINTING\PUBLISHING - PLANNING | 800 | 783 | 1,000 | 180 | 1,000 |
| 101-721-955.000 | MISCELLANEOUS EXPEND - PLANNING | 100 | | 100 | | 100 |
| 101-721-957.000 | EDUCATION/TRAINING | 400 | 370 | 500 | 185 | 500 |

## LIMA TOWNSHIP BUDGET 2020-2021
### FISCAL YEAR STARTING 4/01/2020 TO 3/31/2021

| GL NUMBER | DESCRIPTION | 2018-19 AMENDED BUDGET | 2018-19 ACTIVITY | 2019-20 AMENDED BUDGET | 2019-20 ACTIVITY THRU 01/31/20 | 2020-21 REQUESTED BUDGET |
|---|---|---|---|---|---|---|
| Totals for dept 721 - PLANNING | | 34,650 | 33,491 | 37,400 | 22,916 | 31,400 |
| | | | | | | |
| Dept 850 - OTHER FUNCTIONS | | | | | | |
| 101-850-956.000 | MEMBERSHIP\DUES | 4,700 | 4,630 | | | |
| 101-850-961.000 | MISCELLANEOUS CONTINGENCIES | 2,640 | 2,640 | | | |
| 101-850-962.000 | SERVICES RENDERED TO RESIDENTS | 6,500 | 6,000 | | | |
| Totals for dept 850 - OTHER FUNCTIONS | | 13,840 | 13,270 | | | |
| | | | | | | |
| Dept 899 - TAX TRIBUNAL REFUNDS ORDER | | | | | | |
| 101-899-964.000 | TAX TRIBUNAL REFUNDS | 2,000 | 577 | | | |
| Totals for dept 899 - TAX TRIBUNAL REFUNDS ORDER | | 2,000 | 577 | | | |
| | | | | | | |
| Dept 900 - FIXED ASSETS CAPITAL OUTLAY | | | | | | |
| 101-900-970.000 | ACQUISITION OF FIXED ASSETS | | 422,148 | | | |
| Totals for dept 900 - FIXED ASSETS CAPITAL OUTLAY | | | 422,148 | | | |
| | | | | | | |
| TOTAL APPROPRIATIONS | | 614,583 | 1,002,578 | 653,156 | 451,466 | 680,700 |
| | | | | | | |
| NET OF REVENUES/APPROPRIATIONS - FUND 101 | | | (286,821) | | 83,097 | |
| BEGINNING FUND BALANCE | | 1,615,736 | 1,615,736 | 1,332,424 | 1,332,424 | 1,200,879 |
| FUND BALANCE ADJUSTMENTS | | 3,507 | 3,507 | (214,642) | (214,642) | |
| ENDING FUND BALANCE | | 1,619,243 | 1,332,422 | 1,117,782 | 1,200,879 | 1,200,879 |