**EXHIBIT**
5

 **Individual Income Tax Announcement**

Because Treasury has started issuing the expanded Michigan EITC supplemental check payments for tax year 2022, it is no longer necessary to view or manually update your address. If you moved between last year and now, please be sure your new address is on your 2023 individual income tax return filing.

Learn More >



**TREASURY**

# Treasury: Adult-Use Marijuana Payments to be Distributed to Michigan Municipalities, Counties

March 24, 2022

The Michigan Department of Treasury today announced that more than $42.2 million will be distributed among 163 municipalities and counties as a part of the Michigan Regulation and Taxation of Marijuana Act.

Next week, 62 cities, 15 villages, 33 townships and 53 counties will be receiving payments from the Marihuana Regulation Fund. For the state of Michigan's 2021 fiscal year, this means each eligible municipality and county will receive more than $56,400 for every licensed retail store and microbusiness located within its jurisdiction.

"The Michigan Department of Treasury will distribute these dollars as soon as practical to eligible local units of government," State Treasurer Rachael Eubanks said. "The doubling of this year's payment amounts will have a larger impact on local government budgets."

Revenue was collected from 374 licensees among the state's cities, villages and townships during the 2021 fiscal year. Some of these municipalities host more than one licensed retail store and microbusiness.

For the 2021 fiscal year, more than $111 million was collected from the 10% adult-use marijuana excise tax. In total, there was $172 million available for distribution from the fund.

State law outlines how much is distributed from the Marihuana Regulation Fund.

Aside from the more than $42.2 million in disbursements to municipalities and counties, $49.3 million was sent to the School Aid Fund for K-12 education and another $49.3 million to the Michigan Transportation Fund.

In total, more than $1.1 billion in adult-use marijuana sales was reported for fiscal year 2021.

"It's rewarding to see that the agency's balanced regulatory approach is effectively protecting consumers while still allowing Michigan businesses to grow and thrive," said MRA Executive Director Andrew Brisbo. "The funding provided directly to local governments - and the thousands of jobs created across the state - show that Michigan is leading the way in the cannabis industry."

For more information about adult-use marijuana tax distributions - including a breakdown of how much municipalities and counties received - go to Michigan.gov/RevenueSharing. To learn more about Michigan's adult-use marijuana industry, go to Michigan.gov/cra.

# # #

Press Contacts: Danelle Gittus or Ron Leix, Treasury Public Information Officers, at 517-335-2167

MI Newswire        Department of Treasury

## Related News

### Michigan and Ohio Battle to Find Forgotten Funds in Football Challenge during November

**Treasurer Eubanks Announces Income Tax Cut for Michiganders**

**Time Running Out to Complete the FAFSA**

**Treasury Offers Help to Taxpayers Who Missed Tax Filing Deadline**

**Treasury Provides Last-Minute Tips Before Individual Income Tax Deadline**

**Last Weekend Before State Individual Income Tax Deadline**

**Treasury: State Individual Income Tax Deadline in a Week**

**Local School Districts to Save Approximately $8 Million in Interest Fees School Loan Revolving Fund Interest Rate Dropped to 1.19%**

**Treasury: State Individual Income Tax Returns Due in Less Than a Month**

Michigan Department of
**TREASURY**

## Treasury: Adult-Use Marijuana Payments to be Distributed to Michigan Municipalities, Counties

Copyright State of Michigan