

EXHIBIT F

### Individual Income Tax Announcement

Because Treasury has started issuing the expanded Michigan EITC supplemental check payments for tax year 2022, it is no longer necessary to view or manually update your address. If you moved between last year and now, please be sure your new address is on your 2023 individual income tax return filing.

Learn More >



## TREASURY

# Treasury: Adult-Use Marijuana Payments Being Distributed to Michigan Municipalities and Counties; More Than $59.5 Million Going to 224 Municipalities and Counties

February 28, 2023

> Ron Leix, Treasury, 517-335-2167

The Michigan Department of Treasury today announced that more than $59.5 million is being distributed among 224 municipalities and counties as a part of the Michigan Regulation and Taxation of Marijuana Act.

Over the next few days, 81 cities, 26 villages, 53 townships and 64 counties will receive payments from the Marihuana Regulation Fund. For the state of Michigan's 2022 fiscal year, this means each eligible municipality and county will receive more than $51,800 for every licensed retail store and microbusiness located within its jurisdiction.

"Municipalities and counties will begin seeing these payments appear in their banking accounts," State Treasurer Rachael Eubanks said. "Through a partnership, the dollars received from the adult-use marijuana taxes and fees are distributed to our participating communities."

Revenue was collected from 574 licensees among the state's cities, villages and townships during the 2022 fiscal year. Some of these municipalities host more than one licensed retail store and microbusiness.

For the 2022 state fiscal year, there was $198.4 million available for distribution from the Marihuana Regulation Fund.

State law outlines how much is distributed from the Marihuana Regulation Fund.

Aside from the more than $59.5 million in disbursements to municipalities and counties, $69.4 million was sent to the School Aid Fund for K-12 education and another $69.4 million to the Michigan Transportation Fund.

In total, more than $1.8 billion in adult-use marijuana sales was reported for Fiscal Year 2022.

"The team at the CRA does an amazing job and our effective regulatory approach allows our licensees to provide Michigan's cannabis consumers the safest possible product," said CRA Executive Director Brian Hanna. "The funding that makes its way to local governments through the excise tax collected by licensed retailers is an important benefit of the regulated cannabis industry and the CRA is committed to doing our part in supporting our law-abiding licensees."

For more information about adult-use marijuana tax distributions - including a breakdown of how much municipalities and counties received - go to Michigan.gov/RevenueSharing. To learn more about Michigan's adult-use marijuana industry, go to Michigan.gov/cra.



**Treasury: Adult-Use Marijuana Payments Being Distributed to Michigan Municipalities and Counties; More Than $59.5 Million Going to 224 Municipalities and Counties**

Copyright State of Michigan