**Individual Income Tax Announcement**

Because Treasury has started issuing the expanded Michigan EITC supplemental check payments for tax year 2022, it is no longer necessary to view or manually update your address. If you moved between last year and now, please be sure your new address is on your 2023 individual income tax return filing.

Learn More >



**TREASURY**

# Treasury: Adult-Use Marijuana Payments Being Distributed to Michigan Municipalities and Counties; More Than $87 Million Going to 269 Municipalities and Counties

February 29, 2024

Ron Leix, Treasury, 517-335-2167

The Michigan Department of Treasury today announced that <u>more than $87 million is being distributed among 269 municipalities</u> and counties as a part of the Michigan Regulation and Taxation of Marijuana Act.

Over the next few days, <u>99 cities, 30 villages, 69 townships and 71 counties</u> will receive payments from the Marihuana Regulation Fund. For the state of Michigan's 2023 fiscal year, this means each eligible municipality and county will receive more than $59,000 for every licensed retail store and microbusiness located within its jurisdiction.

3/6/24, 2:34 PM                 Treasury: Adult-Use Marijuana Payments Being Distributed to Michigan Municipalities and Counties; More Than $8…

Case 2:24-cv-10666-TGB-APP ECF No. 1-7, PageID.49 Filed 03/15/24 Page 2 of 2

"This week, many Michigan municipalities and counties will begin seeing their share of adult-use marijuana payments appear in their banking accounts," State Treasurer Rachael Eubanks said. "Through a partnership, the dollars received from the adult-use marijuana taxes and fees are distributed to our participating communities. These dollars may be spent how our local units deem fit to their needs."

Revenue was collected from 737 licensees among the state's cities, villages and townships during the 2023 fiscal year. Some of these municipalities host more than one licensed retail store and microbusiness.

For the 2023 state fiscal year, there was more than $290.3 million available for distribution from the Marihuana Regulation Fund.

State law outlines how much is distributed from the Marihuana Regulation Fund.

Aside from the more than $87 million in disbursements to municipalities and counties, $101.6 million was sent to the School Aid Fund for K-12 education and another $101.6 million to the Michigan Transportation Fund.

"The tax funding for municipalities and counties that comes from the marijuana excise tax is a very important benefit of the legal cannabis industry in Michigan," said Cannabis Regulatory Agency (CRA) Executive Director Brian Hanna. "The CRA is committed to doing our part in supporting our licensees so that they can continue to grow the local economy throughout the state with good-paying jobs and increased revenues for local government budgets."

For more information about adult-use marijuana tax distributions - including a breakdown of how much municipalities and counties received - go to Michigan.gov/RevenueSharing. To learn more about Michigan's adult-use marijuana industry, go to Michigan.gov/cra.



## Treasury: Adult-Use Marijuana Payments Being Distributed to Michigan Municipalities and Counties; More Than $87 Million Going to 269 Municipalities and Counties

Copyright State of Michigan